```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2022
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :
                                        :   16 Crim. 584 (VM)
     - against -                        :
                                        :            ORDER
ANTONIO MENDEZ,                         :
                                        :
                       Defendant.       :
----------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court received a pro se letter from defendant Antonio Mendez ("Mendez"), dated March 21, 2022, requesting appointment of new counsel and a copy of the docket sheet for No. 16 Crim. 584. (See Dkt. No. 57.) However, the right to counsel extends only to a criminal defendant's trial and direct appeal, not any subsequent motions for relief. See United States v. Sash, 374 F. App'x 198, 199 (2d Cir. 2010). Further, the Court issued Mendez's judgment on January 31, 2017. (See Dkt. No. 36.) As the Court noted in its September 25, 2020 Order, the deadline for Mendez to file a petition for relief under 28 U.S.C. Section 2255 ("Section 2255") was February 14, 2018. (See Dkt. No. 56 at 3.) Any new motion for relief pursuant to Section 2255 would be untimely and duplicative. Accordingly, Mendez's motion for appointment of counsel is **DENIED**.

The Clerk of Court is respectfully requested to mail a copy of this Order and to transmit a copy of the Docket Sheet to Antonio Mendez #64003-053, USP Thomson, U.S. Penitentiary, PO

Box 1002, Thomson, IL 61285, and note service on the docket.

**SO ORDERED.**

Dated:     New York, New York
           March 31, 2022

_____
Victor Marrero
U.S.D.J.