```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA                :
                                        :    16 Crim. 584 (VM)
     - against -                        :
                                        :         ORDER
ANTONIO MENDEZ,                         :
                                        :
                    Defendant.          :
----------------------------------------X
```

**VICTOR MARRERO**, **United States District Judge.**

The Court received a pro se letter from Defendant Antonio Mendez ("Mendez") dated June 22, 2022 seeking appointment of counsel to file a challenge to his conviction pursuant to the Supreme Court's decision in United States v. Taylor, No. 20-1459, a case in which the Court decided attempted Hobbs Act Robbery was not a crime of violence under 18 U.S.C. Section 924(c). Because Mendez was not convicted under 18 U.S.C. Section 924(c), the Court finds no merit to an argument that Mendez is entitled to relief under Taylor and should be granted counsel. See United States v. Sash, 374 F. App'x 198, 199 (2d Cir. 2010) (explaining that the right to counsel extends only to trial and direct appeal).

The request for appointment of counsel is **DENIED**. The Clerk of Court is respectfully requested to mail a copy of this Order and to transmit a copy of the Docket Sheet to Antonio Mendez #64003-053, USP Thomson, U.S. Penitentiary, PO Box 1002, Thomson, IL 61285, and note service on the docket.

**SO ORDERED.**

Dated:    New York, New York
         June 29, 2022

                                                    Victor Marrero
                                                      U.S.D.J.