```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

           - against -

ANTONIO MENDEZ,

                      Defendant.

16 CR 584 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On January 31, 2023, the Court received a letter filed by defendant Antonio Mendez ("Defendant") requesting a copy of the docket sheet and inquiring into whether the letter motions he mailed on August 29, 2022 and September 29, 2022 were received and docketed. (See Dkt. No. 61.) The Court is not in receipt of the letter motions Defendant states he mailed to the Court.

    The Court hereby directs Defendant to re-submit his letter motion to the Court. The Clerk of Court is respectfully ordered to mail a copy of this Order and an updated docket sheet to Antonio Mendez, Register Number 64003-053, USP Thomson, P.O. Box 1002, Thomson, IL 61285.

**SO ORDERED.**

Dated:    2 February 2023
              New York, New York

                                                        Victor Marrero
                                                          U.S.D.J.